# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**

DATE:     June 23, 2006

TO:       Norbert G. Jaworski
          United States District Court
          Southern District of Illinois
          Room 142
          750 Missouri Avenue
          P.O. Box 186
          East St. Louis, IL  62202

FROM:     Clerk of the Court

RE:       05-3390, 05-3558, 05-3559 & 05-3586
          Bradfisch, Donald v. Templeton Funds Inc
          Kwiatkowski, Vince v. Templeton Growth, et al
          Woodbury, Edmund v. Templeton Smaller, et al
          Parise, Joseph v. Templeton Funds Inc, et al
          05 C 298, Michael J. Reagan, Judge
          05 C 299, G. Patrick Murphy, Chief Judge
          05 C 301, G. Patrick Murphy, Chief Judge
          05 C 300, G. Patrick Murphy, Chief Judge

          Herewith is the mandate of this court in this appeal, along
          with the Bill of Costs, if any.  A certified copy of the
          opinion/order of the court and judgment, if any, and any
          direction as to costs shall constitute the mandate.

          [X] No record filed
          [ ] Original record on appeal consisting of:
**ENCLOSED:**                                        **TO BE RETURNED AT LATER DATE:**
          [ ]     Volumes of pleadings                        [ ]
          [ ]     Volumes of loose pleadings                  [ ]
          [ ]     Volumes of transcripts                      [ ]
          [ ]     Volumes of exhibits                         [ ]
          [ ]     Volumes of depositions                      [ ]
          [ ]     In Camera material                          [ ]
          [ ]     Other_____      [ ]

                  Record being retained for use               [ ]
                  in Appeal No. _____

          Copies of this notice sent to:      Counsel of record
          [ ]     United States Marshal
          [ ]     United States Probation Office
**NOTE TO COUNSEL:**
          If any physical and large documentary exhibits have been filed in
          the above-entitled cause, they are to be withdrawn ten days from the
          date of this notice.  Exhibits not withdrawn during this period will
          be disposed of.

```
       Please acknowledge receipt of these documents on the enclosed copy
       of this notice.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
       Received above mandate and record, if any, from the Clerk, U.S.
       Court of Appeals for the Seventh Circuit.
Date: _____               _Jackie Payton_____
(1071-120397)                                Deputy Clerk, U.S. District Court
```

**RECEIVED**

**JUN 26 2006**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT- WITHOUT ORAL ARGUMENT

Date: May 19, 2006

**BEFORE:**         Honorable FRANK H. EASTERBROOK, Circuit Judge

Honorable KENNETH F. RIPPLE, Circuit Judge

Honorable DIANE P. WOOD, Circuit Judge

| | |
|---|---|
| DONALD BRADFISCH,<br>    Plaintiff-Appellant,<br><br>No. 05-3390             v.<br><br>TEMPLETON FUNDS, INC. and<br>TEMPLETON GLOBAL ADVISORS LTD.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 05 C 298<br>]<br>] Michael J. Reagan,<br>]    Judge.<br>] |
| VINCE KWIATKOWSKI, EDWARD<br>WOODBURY and JOSEPH PARISE, JR.,<br>    Plaintiffs-Appellants,<br><br>Nos. 05-3558, 05-3559 &   v.<br>    05-3586<br><br>TEPMLETON GROWTH FUND INC., et al.,<br>    Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] Nos. 05 C 299<br>]       05 C 301<br>]       05 C 300<br>]<br>] G. Patrick Murphy,<br>]    Chief Judge. |

    The judgments of the District Court are AFFIRMED, with costs, in accordance with the decision of this court entered on this date.


(1060-110393)

| UNPUBLISHED ORDER |
| --- |
| Not to be cited per Circuit Rule 53 |

# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 18, 2006
Decided May 19, 2006

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** KENNETH F. RIPPLE, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | | |
|---|---|---|
| DONALD BRADFISCH,<br>*Plaintiff-Appellant*,<br><br>**No.** 05-3390    v.<br><br>TEMPLETON FUNDS, INC. and TEMPLETON GLOBAL<br>ADVISORS, LTD.,<br>*Defendants-Appellees*. | } | Appeal from the United States<br>District Court for the Southern<br>District of Illinois.<br><br>No. 05 C 298<br>Michael J. Reagan, *Judge*. |
| VINCE KWIATKOWSKI, EDMUND WOODBURY AND<br>JOSEPH PARISE, JR.,<br>*Plaintiffs-Appellants*,<br><br>**Nos.** 05-3558, 05-3559 &    v.<br>05-3586<br><br>TEMPLETON GROWTH FUND, INC., *et al.*,<br>*Defendants-Appellees*. | } | Appeals from the United States<br>District Court for the Southern<br>District of Illinois.<br><br>Nos. 05 C 299<br>      05 C 301<br>      05 C 300<br>G. Patrick Murphy, *Chief Judge*. |

**Order**

These four appeals are governed by the Supreme Court's decision in *Merrill Lynch, Pierce, Fenner & Smith, Inc. v. Dabit*, 126 S. Ct. 1503 (2006). Although the plaintiffs maintain

Nos. 05-3390, 05-3558, 05-3559 and 05-3586                                                    Page 2

that *Dabit* does not control because (in their view) the defendant funds have been negligently managed, they have not sought relief through derivative litigation and therefore cannot take advantage of the exception for that kind of suit in the Securities Litigation Uniform Standards Act of 1998. For direct litigation, labels are not material, as we explained in *Kircher v. Putnam Funds Trust*, 403 F.3d 478 (7th Cir. 2005), cert. granted on other grounds, 126 S. Ct. 969 (2006), a decision that the Supreme Court approved in *Dabit*.

These appeals are not affected by the grant of certiorari in *Kircher*. The Supreme Court limited the writ to a dispute about appellate jurisdiction of appeals by defendants from remand orders under the SLUSA. These defendants did not appeal from the district court's orders in 2004 remanding the suits. They removed again following the decision on the merits in *Kircher*, and the only appeals have been filed by the plaintiffs.

On the authority of *Dabit* and *Kircher*, the judgments are affirmed.